UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

U.S. BANCORP EQUIPMENT FINANCE, INC.,

        Plaintiff,

vs.                                                Case No. 10-cv-351

THOMAS F. FISHER,

        Defendant.

---

### ENTRY OF DEFAULT

---

Plaintiff requests that the Clerk of Court enter default against defendant Thomas F. Fisher pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear, plead or otherwise defend, the default of defendant Thomas F. Fisher is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 2d day of ~~July~~ August, 2010.

                                                                        _Peter Oppeneer_
                                                                        PETER OPPENEER
                                                                         Clerk of Court