UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

U.S. BANCORP EQUIPMENT FINANCE, INC.,

        Plaintiff,

v.

                                     Case No. 10CV351

THOMAS F. FISHER,

        Defendant.

## DEFAULT JUDGMENT

The defendant, Thomas F. Fisher, having failed to appear, plead or otherwise defend in this action, and default having been entered on August 2, 2010, and counsel for the plaintiff, U.S. Bancorp Equipment Finance, Inc., having requested judgment against the defaulted defendant and having filed a proper motion and affidavits in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

It is hereby ORDERED, ADJUDGED AND DECREED that, pursuant to Fed. R. Civ. P. 55(b)(1), judgment be entered in favor of plaintiff, U.S. Bancorp Equipment Finance, Inc., and against defendant, Thomas F. Fisher, in the amount of $262,645.78, plus post-judgment interest from the date of entry of Judgment at the federal rate set forth in 28 U.S.C. § 1961.

Dated this 5th day of August, 2010.

Peter Oppeneer
PETER OPPENEER
Clerk of Court